Herbert H. Gibbs, Respondent, v. Knickerbocker Savings and Loan Company, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.